AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| Egret Nirnberg | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-4555 |
| Angelica Flowers and Events, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Angelica Flowers and Events, LLC

Date: 06/08/2018

*Attorney's signature*

Christian V. Cangiano (CC1200)
*Printed name and bar number*

Anderson Kill, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

ccangiano@andersonkill.com
*E-mail address*

(212) 278-1174
*Telephone number*

(212) 278-1733
*FAX number*