UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/19/2018
```

EGRET NIRNBERG,

            Plaintiff,

    v.

ANGELICA FLOWERS AND EVENTS, LLC, *et al.*,

            Defendants.

No. 18-CV-4555 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 17, 2018, the parties in this FLSA action submitted their application for settlement approval. To promote judicial efficiency and achieve a faster result, the parties may consent to conducting all further proceedings before Magistrate Judge Gorenstein by completing the attached consent form, which is also available at http://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Alternatively, the parties may submit a stipulation or notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41, which would not need to be approved by this Court.[1]

    The parties are under no obligation to take either step. They are, however, directed to submit a joint letter no later than July 27, 2018, informing the Court as to whether they intend to pursue one of these alternatives. If either party does not consent to proceeding before Judge Gorenstein, the letter must not disclose the identity of the party or parties who do not consent.

SO ORDERED.

Dated:    July 19, 2018
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge

---

[1] The parties may not stipulate to dismissal with prejudice without the Court's approval of the settlement. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

*District Judge's signature*

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.