# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

**MEMO ENDORSED**

Christian Cangiano
ccangiano@andersonkill.com
212-278-1174

**By ECF**

July 25, 2018

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/18



Application granted.

SO ORDERED.

Hon. Ronnie Abrams
7/25/2018

Re: Egret Nirnberg v. Angelica Flowers and Events, LLC
Case No.: 1:18-cv-04555-RA

Dear Judge Abrams:

We are counsel for the Defendant Angelica Flowers and Events, LLC (Defendant or "Angelica Flowers") and I write with respect to the Court's order, issued in this case on July 19, 2018 (the "July Order"; ECF Dkt. 11), and to request that the date for filing the joint letter set forth in the July Order be adjourned until after Plaintiff's counsel's return to the country.

As a means to promote efficiency, the July Order provided the parties with the options of agreeing to proceedings before Magistrate Judge Gorenstein or proceeding through a voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41. While not mandating that the parties take either of the two foregoing course, the July Order does direct the parties "to submit a joint letter no later than July 27, 2018, informing the Court as to whether they intend to pursue one of these alternatives" (ECF Dkt. 11).

As the parties previously advised the Court, Plaintiff's counsel is currently out of the country and does not return until August 5, 2018, and thus is unreachable for consultation (ECF Dkt. 10). Due to Plaintiff's counsel's unavailability, I respectfully request that the Court adjourn the July 27, 2018 deadline for filing the joint letter until August 10, 2018, so that I will be able to consult with Plaintiff's counsel upon his return as to the options presented by the Court, and the parties can submit the joint letter as directed. There have been no prior requests for adjournment.

Respectfully submitted,

Christian Cangiano

CC: Stuart Lichten, Esq

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100025740.1