UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EGRET NIRNBERG,                                  :
                                                 :
                                                 :   ORDER OF DISCONTINUANCE
                    Plaintiff,                   :   18 Civ. 4555 (GWG)
                                                 :
    -v.-                                         :
                                                 :
ANGELICA FLOWERS AND EVENTS, LLC.                :
                                                 :
                                                 :
                    Defendant.                   :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    This case contains claims under the Fair Labor Standards Act.  On August 8, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  In a filing dated July 17, 2018 (Docket #10 ), the parties have submitted their proposed settlement agreement.  Having reviewed the proposed settlement, the Court find that it is fair and reasonable.  The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.

    Any pending motions are moot.  The Clerk is requested to close the case.

    SO ORDERED.

Dated: August 10, 2018
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge